Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Kelly R. Kichline, Bar No. 10642
kelly.kichline@jacksonlewis.com
**JACKSON LEWIS LLP**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADAM HESTER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> P.F. CHANG'S CHINA BISTRO, INC., a foreign corporation DOES I through X, inclusive; ROE Corporations I through X, inclusive, <br><br> Defendants. | Case No. 2:11-CV-01472-ECR-PAL <br><br> **STIPULATION TO DISMISS WITH PREJUDICE** <br><br> ORDER GRANTING |

IT IS HEREBY STIPULATED by and between Plaintiff Adam Hester and Defendant P.F. Chang's China Bistro, Inc., through their respective counsel, that the above-captioned matter be

///

///

///

dismissed with prejudice, each party to bear his or its own fees and costs.

DATED this _____ day of February, 2012.

| JACKSON LEWIS LLP | COGBURN LAW OFFICES |
|---|---|
| /s/Kelly R. Kichline<br>Elayna J. Youchah<br>Kelly R. Kichline<br>3800 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant* | /s/Andrew L. Rempter<br>Andrew L. Rempfer<br>9555 S. Eastern Ave.<br>Suite 280<br>Las Vegas, Nevada 89123<br>*Attorney for Plaintiff* |

IT IS SO ORDERED.

*Edward C. Reed*
U.S. District Court Judge

Dated: ___ February 14, 2012. _____

4843-2929-8190, v. 1